Argued and submitted September 11, appeal dismissed as moot
October 21, 2015

In the Matter of Z. W.,
a Child.
DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

A. W.,
*Appellant.*

Douglas County Circuit Court
1300020;
Petition Numbers
13JU029, 14JU123TPR, 14JU125TPR;
A159213

361 P3d 611

Sarah Peterson, Deputy Public Defender, argued the cause for appellant. With her on the briefs was Shannon Storey, Chief Defender, Juvenile Appellate Section, Office of Public Defense Services.

Erin Galli, Assistant Attorney General, argued the cause for respondent. On the briefs were Ellen F. Rosenblum, Attorney General, Anna M. Joyce, Solicitor General, and Inge D. Wells, Assistant Attorney General.

Before Ortega, Presiding Judge, and Lagesen, Judge, and Garrett, Judge.

PER CURIAM

## PER CURIAM

Mother appeals from an order of the juvenile court denying her motion to set aside a judgment terminating her parental rights to her daughter, Z. In *Dept. of Human Services v. A. W. (A158694)*, 274 Or App 493, 361 P3d 58 (2015), mother appealed that judgment and we reversed and remanded. In light of our decision in that case, we dismiss this appeal as moot because a decision in this case will no longer have any "practical effect on the rights of the parties." *See Brumnett v. PSRB*, 315 Or 402, 848 P2d 1194 (1993) ("Cases that are otherwise justiciable, but in which a court's decision no longer will have a practical effect on or concerning the rights of the parties, will be dismissed as moot.").

Appeal dismissed as moot.